No. 99–7547.  Gaydos v. United States.  C. A. 3d Cir.  Certiorari denied.

No. 99–7560.  Brooks v. Illinois.  Sup. Ct. Ill.  Certiorari denied.

No. 99–7627.  Franklin v. Gilmore, Warden.  C. A. 7th Cir.  Certiorari denied.

No. 99–7802.  Davis v. Alabama.  Sup. Ct. Ala.  Certiorari denied.

No. 99–7826.  Fears v. Ohio.  Sup. Ct. Ohio.  Certiorari denied.

No. 99–7860.  Klumpp v. Luebbers, Superintendent, Potosi Correctional Center.  Sup. Ct. Mo.  Certiorari denied.

No. 99–7861.  Ibarra v. True.  C. A. 11th Cir.  Certiorari denied.

No. 99–7866.  O'Neal v. Georgia.  Ct. App. Ga.  Certiorari denied.

No. 99–7869.  Atkins v. Michigan.  C. A. 6th Cir.  Certiorari denied.

No. 99–7872.  Lingar v. Luebbers, Superintendent, Potosi Correctional Center.  C. A. 8th Cir.  Certiorari denied.

No. 99–7873.  Mojica v. Goord, Commissioner, New York Department of Correctional Services.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 99–7875.  Briggs v. Boys and Girls Club of Charlottesville/Albemarle et al.  C. A. 4th Cir.  Certiorari denied.

No. 99–7876.  Chandler v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division.  C. A. 5th Cir.  Certiorari denied.

No. 99–7877.  Sughrue v. Butler, Superintendent, Polk Correctional Institute.  C. A. 11th Cir.  Certiorari denied.